[No. 54756-9-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RONALD BIRD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09109-6, Nicole MacInnes, J., entered August 9, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54843-3-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON D. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10449-8, Sharon S. Armstrong, J., entered August 16, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54850-6-I. Division One. May 23, 2005.]

2949 INC., *Respondent*, v. TERRY MCCORKLE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-40781-0, Mary Roberts, J., entered July 30, 2004. *Reversed* by unpublished opinion per Agid, J., concurred in by Appelwick and Schindler, JJ.

[No. 55021-7-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK THOMAS WYNNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09517-1, Joan B. Allison, J. Pro Tem., entered October 1, 2004. *Reversed* by unpublished per curiam opinion.